"O"

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/26/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. PLUMMER, JR., <br><br> Petitioner, <br><br> vs. <br><br> KERRY HARRINGTON, Warden, <br><br> Respondent. | Case No. CV 09-3254-FMC (RNB) <br><br> ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS |

On May 8, 2009, petitioner filed a Petition for Writ of Mandamus herein. The Petition purports to be seeking an order compelling the Warden at the state prison where petitioner is incarcerated to "cooperate" and have the prison Trust Account Department complete an in forma pauperis form that petitioner maintains he needs in order to file a Petition for Writ of Habeas Corpus in this Court.

The Court notes that, notwithstanding the failure of the prison authorities to verify the funds in petitioner's trust account, petitioner's Petition for Writ of Habeas Corpus was processed and filed on April 30, 2009 in Case No. CV 09-3031-FMC (RNB).

In any event, the law is well established that a federal court lacks mandamus authority to direct state officials regarding the performance of their duties, and only has mandamus jurisdiction to compel actions of officers of the United States. See,

e.g., Patterson v. Board of Parole Com'rs, 302 Fed. Appx. 755, 2008 WL 5157684, at *1 (9th Cir. 2008) (now citable for its persuasive value pursuant to Ninth Circuit Rule 36-3); Ward v. Two Rivers Correctional Inst., 2008 WL 918484, at *1 (D. Or., March 31, 2008); Pina v. California State Supreme Court, 2008 WL 682509, at *1 (N.D. Cal., March 7, 2008). Petitioner's mandamus remedy, if any, lies in state court.

This action therefore is dismissed for lack of subject matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 18, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

Presented by:

Robert N. Block
United States Magistrate Judge