I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/26/09

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. PLUMMER, JR., <br><br> Petitioner, <br><br> vs. <br><br> KERRY HARRINGTON, Warden, <br><br> Respondent. | Case No. CV 09-3254-FMC (RNB) <br><br> **J U D G M E N T** |

Pursuant to the Order Dismissing Petition for Writ of Mandamus,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: 5/19/09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE